# United States Court of Appeals
## For the First Circuit

No. 09-1504

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERT A. URCIUOLI,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on July 20, 2010, should be amended as follows.

On page 5, line 3, insert a period after "course".